UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AG-TECH INC.,<br><br>Defendant. | Case No. 18-cv-05411-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 30 |

The court has reviewed Magistrate Judge Corley's Report and Recommendation Re: Motion for Default Judgment, and no objections to the report have been filed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiffs' motion for default judgment is GRANTED.

Accordingly, plaintiffs are awarded $114,356.51 in damages, $5,628.00 in attorneys' fees, and $1,064.79 in costs, totaling $121,049.30.

**IT IS SO ORDERED.**

Dated: October 11, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge