UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AG-TECH INC.,<br><br>Defendant. | Case No. 18-cv-05411-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted plaintiffs' motion for default judgment,

it is Ordered and Adjudged

that judgment in favor of the plaintiffs and against the defendant shall be entered in the amount of $114,356.51 in damages, $5,628.00 in attorneys' fees, and $1,064.79 in costs, for a total award of $121,049.30.

**IT IS SO ORDERED.**

Dated: October 11, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge